```
W. Scott Quinlan, #101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
(559) 442-0634
(559) 233-6947


Attorney for Defendant FREDRICK NOREBERG
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>vs.<br><br>FREDRICK NOREBERG et al.,<br><br>            Defendant. | Case No CRF-08-0224 LJO<br><br>**EX PARTE APPLICATION FOR ORDER TO TRANSFER DEFENDANT FROM LERDO PRE-TRIAL FACILITY TO THE FRESNO COUNTY JAIL AND [PROPOSED] ORDER** |

**APPLICATION**

I, W. Scott Quinlan, declare as follows:

I am the attorney for Fredrick Noreberg, the defendant in the above-captioned case. Mr. Noreberg is currently in federal custody in Lerdo and is scheduled to be sentenced in this Court on Monday, June 4, 2012.

Mr. Noreberg is a Swedish citizen who was arrested and had his passport seized. The government is in possession of his passport.

The plea agreement recommended that Mr. Noreberg receive probation with no time in custody. The presentence report has recommended that Mr. Noreberg receive a sentence of credit for time served with no additional time in custody. There is currently no immigration hold on Mr. Noreberg, and it is anticipated that he will remain paroled by I.C.E. pending deportation proceedings (Mr. Noreberg is willing to voluntarily deport if given the opportunity).

1    Mr. Noreberg's fiancé has forwarded to me funds to be used for Mr. Noreberg's room and
2 board in this country pending his deportation proceedings.  I have in my trust account $2,000 for
3 that purpose plus the $100.00 penalty assessment Mr. Noreberg is required to pay.
4    On Tuesday, May 29, 2012, I spoke to Deputy U.S. Marshall Shaw of the Fresno U.S.
5 Marshall's Office and requested that Mr. Noreberg be transferred to federal custody at the Fresno
6 County jail  from Lerdo.  Agent Shaw informed me that he would not do that without a court
7 order.  I am therefore making this application for such an order to this Court based upon the same
8 facts as explained to Agent Shaw.
9    The facts justifying this application are that if Mr. Noreberg is given credit for time
10 served, he will be transported back by U.S. Marshalls to Lerdo in Bakersfield and processed out
11 from there.  Mr. Noreberg has no identification other than that in the custody of federal agents.
12 He has no way of identifying himself to Western Union should I attempt to send him money in
13 Bakersfield.  If Mr. Noreberg is processed out in Fresno, I will be able to help him secure
14 accommodations here, if necessary.  In order to avoid the cost and expense of my traveling to
15 Bakersfield and waiting until Mr. Noreberg is processed out, I am requesting that he be
16 transferred to Fresno so that he may be processed out of federal custody at the Fresno jail.
17    My understanding is that Mr. Noreberg will also be required to report to the probation
18 office in Fresno and to maintain contact with them during the course of his deportation
19 proceedings.
20    I spoke to Assistant U.S. Attorney Mark Cullers this date and he has no objection to this
21 application being granted for the reasons stated above.
22     I declare that the foregoing is true and correct and if called a witness I could testify to the
23 above from my own knowledge.
24    Executed this 30th day of May, 2012 at Fresno, California.

        /s/ W. Scott Quinlan            
        W. Scott Quinlan, Attorney for
        Defendant, FREDRICK NOREBERG

2

**ORDER**

Having read the ex parte application and GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT Defendant Fredrick Noreberg be transferred by the U.S. Marshall from federal custody at the Lerdo Detention Facility in Bakersfield, California to federal custody at the Fresno County Jail prior to or on the day of his sentencing on June 4, 2012.

IT IS SO ORDERED.

**Dated:   May 30, 2012**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE