IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>FREDERICK A. NOREBERG,<br><br>        Defendant. | No. 1:08-CR-00224 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on June 4, 2012.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   June 4, 2012**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE